**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

_____

**JENNIFER HARRELL**                         )
                                             )        **Case Number: 1:10-cv-2016**
                                             )
            **Plaintiff**                    )
                                             )
            **vs.**                          )
                                             )
**FMA ALLIANCE, LTD.**                       )
                                             )
            **Defendant**                    )
_____  )

<u>**NOTICE OF DISMISSAL**</u>


        PLEASE TAKE NOTICE that plaintiff, Jennifer Harrell, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, without prejudice.



                        BY:  /s/  Brent F. Vullings
                                Brent F. Vullings, Esquire
                                Attorney for Plaintiff
                                Attorney I.D. #92344
                                Warren & Vullings, LLP
                                1603 Rhawn Street
                                Philadelphia, PA  19111
                                215-745-9800